## MAURA ALEXANDER ET AL. *v.* RETIREMENT BOARD OF THE CITY OF WATERBURY

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Elena Ricci Palermo,* corporation counsel, in support of the petition.

*Henry F. Murray* and *Daniel E. Livingston,* in opposition.

Decided July 6, 2000

## JOAN FUNARO *v.* BARBARA BAISLEY, TRUSTEE ET AL.

*Barry T. Pontolillo,* in support of the petition.

*Lawrence J. Greenberg,* in opposition.

Decided July 6, 2000

## JOSEPH GAYMON *v.* STATE OF CONNECTICUT

*Joseph Gaymon,* pro se, in support of the petition.

Decided July 6, 2000